COPY

1  VENABLE LLP
   Richard J. Frey (SBN 174120)
2  Tamany Vinson Bentz (SBN 258600)
   Melissa C. McLaughlin (SBN 273619)
3  Email:    rjfrey@venable.com
             tjbentz@venable.com
4            mcmclaughlin@venable.com
   2049 Century Park East, Suite 2100
5  Los Angeles, CA  90067
   Telephone:  (310) 229-9900
6  Facsimile:   (310) 229-9901

7  VENABLE LLP
   Marcella Ballard (*Pro Hac Vice* Application Forthcoming)
8  Email:    mballard@venable.com
   1270 Avenue of the Americas, 25th Floor
9  New York, NY 10020
   Telephone:  (212) 307-5500
10 Facsimile:   (212) 307-5598

11

12 Attorneys for Plaintiff Playboy Enterprises
   International, Inc.

13           UNITED STATES DISTRICT COURT

14        FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                    WESTERN DIVISION

16                                    **CV12-10590 SJO(Ex)**

17 PLAYBOY ENTERPRISES               CASE NO.
   INTERNATIONAL, INC., a Delaware
18 corporation,                      Hon.
                                     Courtroom
19                 Plaintiff,
                                     **DECLARATION OF**
20       v.                          **CHRISTINE COFFELT IN**
                                     **SUPPORT OF PLAINTIFF'S**
21 PLAY BEVERAGES, LLC, a Delaware   **MOTION FOR PRELIMINARY**
   limited liability company; CIRTRAN **INJUNCTION**
22 BEVERAGE CORPORATION, a Utah
   corporation; and CIRTRAN          Date:
23 CORPORATION, a Nevada corporation, Time:

24
                 Defendants.
25

26

27

28

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

6222765-v5                           DECLARATION OF CHRISTINE COFFELT

I, Christine Coffelt, declare as follows:

1. I am Senior Vice President, Global Licensing of Playboy Enterprises International, Inc. ("Playboy"). In this capacity, I have developed institutional knowledge of Playboy. I have personal knowledge of the facts set forth in this declaration, and if called to testify, I could and would competently testify thereto.

2. Playboy is one of the most recognized and popular consumer brands in the world. Playboy is a media and lifestyle company that markets the brand through a wide range of media properties and licensing initiatives. The company publishes *Playboy* magazine in the United States and abroad and creates content for distribution via television networks, websites, mobile platforms and radio. Through licensing agreements, the Playboy brand appears on a wide range of consumer products in more than 150 countries as well as retail stores and entertainment venues.

3. Playboy owns over 250 federally registered trademarks. These include registrations for the word "PLAYBOY" and the Rabbit Head Design in several categories, including Class 32, the category covering energy drinks (the "Playboy Marks"). True and correct copies of the registrations for the Playboy Marks are attached hereto as Exhibit A.

4. The Playboy Marks (as used in Class 32) have been in continuous use since 2008, and the designation PLAYBOY and the Rabbit Head Design have been in continuous use by Playboy with respect to other categories of goods and services for decades.

5. Each year, Playboy spends millions of dollars advertising, promoting, developing, and protecting its trademarks, including the Playboy Marks, which are central to Playboy's success and the success of its United States and worldwide licensees.

6. Through Playboy's extensive marketing efforts, media projects, and product licensing initiatives, Playboy built substantial consumer good will

associated with the Playboy Marks.

7. Playboy uses or licenses others to use the Playboy Marks to promote the Playboy brand and to market, advertise, and sell consumer goods and services. Playboy's robust licensing program includes licensing in the category of beverages in general and energy drinks specifically.

8. Playboy's brand recognition and the hundreds of trademarks that it owns are its most valuable assets.

9. Play Beverages, LLC ("PlayBev") is a former licensee of Playboy. In 2006, PlayBev and Playboy entered into a license agreement, under which PlayBev had the limited right to manufacture and sell certain non-alcoholic beverages, including Playboy-branded energy drinks (the "License Agreement").

10. All expiration dates in the Playboy/PlayBev agreement extending the expiration of the License Agreement (the "Second Extension Agreement") have passed: (i) PlayBev's proposed reorganized debtor did not make the mandatory $2 million escrow payment; (ii) PlayBev cancelled its confirmation hearing and therefore did not obtain confirmation of its chapter 11 plan of reorganization; and (iii) the expiration date of September 30, 2012 also has passed.

11. Since all possible expiration dates set forth in the Second Extension Agreement have since passed, the License Agreement has expired. As such, PlayBev (as well as CirTran Corporation ["CirTran"], and CirTran Beverage Corporation ["CBC"], and any other sub-licensees or sub-distributors of PlayBev) is not currently authorized to use the Playboy Marks (PlayBev, CirTran, and CBC are collectively referred to as "Defendants"). Playboy has repeatedly advised PlayBev of the expiration of the License Agreement.

12. The Playboy Marks are prominently displayed on Playboy Energy Drink itself, which continues to be advertised, promoted, and distributed. California was one of the first states in which Playboy Energy Drink was sold, and Playboy Energy Drink continues to be distributed and sold in California.

13. Since the License Agreement has expired, Playboy's ability to further develop and use this category of goods (i.e., non-alcoholic beverages, including energy drinks) is hampered by Defendants' unauthorized use of the category.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of December, 2012 at Beverly Hills, California.

_____
Christine Coffelt

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2100
LOS ANGELES, CA 90067
310-229-9900

3

6222765-v5

DECLARATION OF CHRISTINE COFFELT

**EXHIBIT A**

Int. Cl.: 32

Prior U.S. Cls.: 45, 46, and 48

**United States Patent and Trademark Office**

Reg. No. 3,496,428
Registered Sep. 2, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# PLAYBOY

PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 N. LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: ENERGY DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 4-1-2008; IN COMMERCE 4-1-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-043,700, FILED 11-14-2006.

KAREN BRACEY, EXAMINING ATTORNEY

**EXHIBIT A - 4**

Int. Cl.: 32

Prior U.S. Cls.: 45, 46, and 48

**United States Patent and Trademark Office**

Reg. No. 3,496,429
Registered Sep. 2, 2008

## TRADEMARK
### PRINCIPAL REGISTER



PLAYBOY ENTERPRISES INTERNATIONAL, INC. (DELAWARE CORPORATION)
680 N. LAKE SHORE DRIVE
CHICAGO, IL 60611

FOR: ENERGY DRINKS, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 4-1-2008; IN COMMERCE 4-1-2008.

THE MARK CONSISTS OF RABBIT HEAD DESIGN.

SN 77-043,708, FILED 11-14-2006.

KAREN BRACEY, EXAMINING ATTORNEY

**EXHIBIT A - 5**