KENT J. SCHMIDT  SBN (SBN 195969)
KAREN A. MORAO  SBN (SBN 256428)
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone:  (714) 800-1400
Facsimile:  (714) 800-1499
schmidt.kent@dorsey.com
morao.karen@dorsey.com

BRYON J. BENEVENTO (*pro hac vice* admission pending)
KIMBERLY NEVILLE (*pro hac vice* admission pending)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101
Telephone:  (801) 933-8940
Facsimile:  (801) 933-7373
benevento.bryon@dorsey.com
neville.kimberly@dorsey.com

Attorneys for Defendants Play Beverages, LLC;
CirTran Beverages Corporation; and CirTran Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| PLAYBOY ENTERPRISES INTERNATIONAL, INC., a Delaware corporation,<br><br>               Plaintiff,<br><br>v.<br><br>PLAY BEVERAGES, LLC, a Delaware limited liability company; CIRTRAN BEVERAGE CORPORATION, a Utah corporation, and CIRTRAN CORPORATION, a Nevada corporation,<br><br>               Defendants. | CASE NO. 2:12-cv-10590-SJO (Ex)<br><br>**DECLARATION OF BRYON J. BENEVENTO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY ACTION**<br><br>Date:  January 28, 2013<br>Time:  10:00 a.m.<br>Dept.:  Courtroom 1<br><br>Action Filed:  December 11, 2012<br>Trial Date:  None Set<br><br>Judge:  Hon. S. James Otero |

///

///

///

DECLARATION OF BRYON J. BENEVENTO

I, Bryon J. Benevento, declare as follows:

1. I am a partner in the law firm of Dorsey & Whitney LLP and counsel for Defendants Play Beverages, LLC ("Play Bev"), CirTran Beverage Corporation ("CBC"), and CirTran Corporation (collectively, "Defendants") in this action. I submit this declaration in support of Defendants' Motion to Dismiss, or in the Alternative, to Stay Action. I have personal knowledge of the following facts set forth in this declaration, and if called to testify, I would competently testify as follows:

2. I certify that defense counsel has met and conferred with counsel for Plaintiff Playboy Enterprises International, Inc. ("Plaintiff" or "Playboy") prior to filing this motion. Defense counsel participated in an initial telephone conference on December 19, 2012 and sent a follow-up e-mail outlining our position and supporting authority on December 21, 2012. Defense counsel also invited the plaintiff's attorneys to Dorsey & Whitney's office for a face-to-face meeting, but in light of the intervening holidays, counsel have agreed to confer through a second telephone conference taking place on December 27, 2012.

3. A true and correct copy of Play Bev and CBC's First Amended Complaint filed in Cook County, Illinois is attached hereto as Exhibit A.

4. A true and correct copy of Playboy's Motion to Terminate Automatic Stay, which was filed in the United States Bankruptcy Court for the District of Utah ("Bankruptcy Court") on July 1, 2011, is attached hereto as Exhibit B.

5. A true and correct copy of the Bankruptcy Court's September 9, 2011 Order is attached hereto as Exhibit C.

6. A true and correct copy of Playboy's Answer and Counterclaim to Play Bev's Adversary Complaint, which was filed in the Bankruptcy Court in Case No. 11-02599, is attached hereto as Exhibit D.

7. A true and correct copy of the parties' Standstill Agreement,

-2-

DECLARATION OF BRYON J. BENEVENTO

which was filed with the Bankruptcy Court on November 9, 2011, is attached hereto as Exhibit E.

8.   A true and correct copy of the License Agreement between Play Bev and Playboy is attached hereto as Exhibit F.

9.   A true and correct copy of the Cook County Court's Transfer Order, which transferred the Illinois case to the Court of Chancery, is attached hereto as Exhibit G.

10.   A true and correct copy of certain excerpts from the transcript of a hearing occurring in In re Play Beverages, LLC, No. 11-26046 in the United States Bankruptcy Court for the District of Utah on December 5, 2012 is attached as Exhibit H.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of December, 2012 at Salt Lake City, Utah.

_____
Bryon J. Benevento

-3-
DECLARATION OF BRYON J. BENEVENTO

-4-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5-3.3.

/s/ Sandra K. Dickerson
Sandra K. Dickerson